```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35853
    MELVIN JENNINGS
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-6414

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/28/2004 and was confirmed 12/21/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  49.85%.

      The case was paid in full 11/08/2007.
--------------------------------------------------------------------------
  CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
  BUREAU OF PARKING-BANKRU  UNSECURED         2765.00           .00         1378.24
  RICHARD ERLICH            UNSECURED         2110.61           .00         1052.05
  WACKER APARTMENTS         UNSECURED       NOT FILED           .00             .00
  WACKER APARTMENTS NORTH   NOTICE ONLY     NOT FILED           .00             .00
  ECMC                      UNSECURED         7762.25           .00         3869.17
  RICHARD ERLICH            PRIORITY           355.60           .00          355.60
  RICHARD ERLICH            UNSECURED          364.07           .00          181.47
  STEFANS STEFANS & STEFAN  REIMBURSEMENT      154.00           .00          154.00
  STEFANS STEFANS & STEFAN  DEBTOR ATTY      2,200.00                       2,200.00
  TOM VAUGHN                TRUSTEE                                           529.47
  DEBTOR REFUND             REFUND                                             30.00

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
  TRUSTEE               9,750.00

  PRIORITY                                          509.60
  SECURED                                              .00
  UNSECURED                                        6,480.93
  ADMINISTRATIVE                                   2,200.00
  TRUSTEE COMPENSATION                               529.47
  DEBTOR REFUND                                       30.00
                        ---------------       ---------------
  TOTALS                9,750.00                   9,750.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 35853 MELVIN JENNINGS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 35853 MELVIN JENNINGS